JOSEPH HILLENBRAND, as Executor, etc., Respondent, *v.*
HERMAN B. LANFER, MORRITZ PINNER, Appellants.

(Argued March 17, 1885 ; decided March 24, 1885.)

*Lewis Sanders* for appellants.

*Alexander Thain* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

WILLIAM SMYTH, as Acting Superintendent, etc., Respondent,
*v.* EDWARD ROWE et al., CLARA HELM, Purchaser, Appellant.   *21 wk dig 368*

(Submitted March 17, 1885 ; decided March 24, 1885.)
*33 Hun 422 affirmed*
*Wheeler H. Peckham* for appellant.

*Edward Mitchell* for respondent.

MILLER, J., reads mem. for affirmance, on opinion below.
All concur.
Order affirmed.